```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
               FORT PIERCE DIVISION
       CASE NO. 10-14038-CR-MARTINEZ(GRAHAM)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LACHON METRIAL LEWIS,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on March 9, 2011.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on March 25, 2011. A Report and Recommendation filed on March 25, 2011 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of April, 2011.

                              _____
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Carmen Lineberger, AUSA
        Fletcher Peacock, AFPD
```